# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM CHESTNUT, | No. CV 13-07490-MMM (VBK) |
|       Petitioner, |     CV 13-07800-MMM (VBK) |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
|       Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 7/17/14

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE